## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRUD ROSSMAN,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| vs. | **)** | **CIVIL ACTION NO. 17-0282-CG-M** |
| | **)** | |
| **JON KOSKINEN, <u>et</u> <u>al</u>.,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

### <u>ORDER</u>

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE and ORDERED** this 14th day of September, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE